Jorn S. Rossi, Esq. (CA State Bar No. 86721)
31500 Grape Street #357
Lake Elsinore, CA 92532
Telephone: 949-299-1995

Attorney for Defendant, Dolphin Pool & Spa Center LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>        Plaintiff,<br><br>vs.<br><br>LAGUNA GRANDE PROPERTIES, LLC, a California Limited Liability Company; DOLPHIN POOL & SPA CENTER LLC, a California Limited Liability Company; and DOES 1-10,<br><br>        Defendants. | Case No.: 5:20-cv-00140-VAP-SHK<br><br>**DOLPHIN POOL & SPA CENTER LLC'S ANSWER TO COMPLAINT** |

Defendant, Dolphin Pool & Spa Center LLC, ("Defendant") in answer to the Complaint filed by Plaintiff, Orland Sylve ("Plaintiff"), hereby admits, denies and alleges as follows:

1. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

2. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

3. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

4. Admits Defendant owned Dolphin Pool & Spa Center located at 271 San Jacinto River

Road, Suites #287, #289 and #293, Lake Elsinore, California, in August, 2019;

5. Admits Defendant owns Dolphin Pool & Spa Center located at 271 San Jacinto River Road, Suites #287, #289 and #293, Lake Elsinore, California, currently;

6. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

7. Admit;

8. This paragraph contains legal conclusions;

9. Admit;

10. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

11. Admit;

12. Deny;

13. Deny;

14. Deny;

15. Deny;

16. Deny;

17. Deny;

18. Deny;

19. Deny;

20. Deny;

21. Deny;

22. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

23. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

24. Deny allegations as to alleged barriers and violations, this paragraph contains legal conclusions and Defendant lacks of sufficient knowledge or information to admit or deny the truth of the remaining allegations in this paragraph and therefore deny said allegations.

25. This paragraph contains legal conclusions;

26. This paragraph contains legal conclusions;

27. This paragraph contains legal conclusions;

28. Deny;

29. This paragraph contains legal conclusions;

30. Deny;

31. This paragraph contains legal conclusions;

32. Deny;

33. This paragraph contains legal conclusions;

34. This paragraph contains legal conclusions;

35. Deny;

36. This paragraph contains legal conclusions;

37. This paragraph contains legal conclusions;

38. Deny;

39. Deny allegations as to Defendant and contains legal conclusions

### FIRST AFFIRMATIVE DEFENSE

(Failure To State a Cause of Action)

Defendant alleges that the First Amended Complaint and each cause of action therein alleged against Defendant fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

(Third Party Liability)

Defendant alleges, upon information and belief, that Plaintiff's First Amended Complaint and each cause of action therein alleged against Defendant fails as to any and all damages and/or amounts owed to Plaintiff, if any are found to exist, in connection with Plaintiff's First Amended Complaint they are owed by third parties and not by this answering Defendant.

///

### ADDITIONAL DEFENSES

Defendant alleges that additional affirmative defenses may be available of which Defendant is not fully aware. Defendant reserves the right to insert additional affirmative defenses after the same have been ascertained.

**WHEREFORE**, this answering Defendant prays for judgment as follows:

1. That Plaintiff take nothing by the Complaint and that the same be dismissed with prejudice;
2. That the Court deny and all relief sought by Plaintiff;
3. That Defendant be awarded costs of suit, including attorney's fees to the extent permitted under the law;
4. Defendant be awarded such other relief the Court deems just and proper.

**DATED**: February 27, 2020

By: *Jorn S. Rossi*
JORN S. ROSSI, ESQ.
Attorney for defendant,
Dolphin Pool & Spa Center LLC

Jorn S. Rossi, Esq. (CA State Bar No. 86721)
31500 Grape Street #357
Lake Elsinore, CA 92532
Telephone: 949-299-1995

Attorney for Defendant, Dolphin Pool & Spa Center LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>    Plaintiff,<br><br>vs.<br><br>GREAT HIGHWAY,LLC, a California Limited Liability Company; DOLPHIN POOL & SPA CENTER LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No.: 5:20-cv-00140-VAP-SHK<br><br>**DOLPHIN POOL & SPA CENTER LLC'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant, Dolphin Pool & Spa Center LLC, ("Defendant") in answer to the First Amended Complaint filed by Plaintiff, Orland Sylve ("Plaintiff"), hereby admits, denies and alleges as follows:

1. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

2. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

3. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

-1-
ANSWER TO FIRST AMENDED COMPLAINT

4. Admits Defendant owned Dolphin Pool & Spa Center located at 271 San Jacinto River Road, Suites #287, #289 and #293, Lake Elsinore, California, in August, 2019;

5. Admits Defendant owns Dolphin Pool & Spa Center located at 271 San Jacinto River Road, Suites #287, #289 and #293, Lake Elsinore, California, currently;

6. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

7. Admit;

8. This paragraph contains legal conclusions;

9. Admit;

10. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

11. Admit;

12. Deny;

13. Deny;

14. Deny;

15. Deny;

16. Deny;

17. Deny;

18. Deny;

19. Deny;

20. Deny;

21. Deny;

22. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

23. Lack sufficient knowledge or information to admit or deny the truth of the allegations therein and therefore deny the allegations contained in this paragraph;

24. Deny allegations as to alleged barriers and violations, this paragraph contains legal conclusions and Defendant lacks of sufficient knowledge or information to admit or deny

the truth of the remaining allegations in this paragraph and therefore deny said allegations.

25. This paragraph contains legal conclusions;

26. This paragraph contains legal conclusions;

27. This paragraph contains legal conclusions;

28. Deny;

29. This paragraph contains legal conclusions;

30. Deny;

31. This paragraph contains legal conclusions;

32. Deny;

33. This paragraph contains legal conclusions;

34. This paragraph contains legal conclusions;

35. Deny;

36. This paragraph contains legal conclusions;

37. This paragraph contains legal conclusions;

38. Deny;

39. Deny allegations as to Defendant and contains legal conclusions

### FIRST AFFIRMATIVE DEFENSE

(Failure To State a Cause of Action)

Defendant alleges that the First Amended Complaint and each cause of action therein alleged against Defendant fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

(Third Party Liability)

Defendant alleges, upon information and belief, that Plaintiff's First Amended Complaint and each cause of action therein alleged against Defendant fails as to any and all damages and/or amounts owed to Plaintiff, if any are found to exist, in connection with Plaintiff's First Amended Complaint they are owed by third parties and not by this answering Defendant.

///

## ADDITIONAL DEFENSES

Defendant alleges that additional affirmative defenses may be available of which Defendant is not fully aware. Defendant reserves the right to insert additional affirmative defenses after the same have been ascertained.

**WHEREFORE**, this answering Defendant prays for judgment as follows:

1. That Plaintiff take nothing by the First Amended Complaint and that the same be dismissed with prejudice;
2. That the Court deny and all relief sought by Plaintiff;
3. That Defendant be awarded costs of suit, including attorney's fees to the extent permitted under the law;
4. Defendant be awarded such other relief the Court deems just and proper.

**DATED**: February 27, 2020

By: /s/ Jorn S. Rossi
JORN S. ROSSI, ESQ.
Attorney for defendant,
Dolphin Pool & Spa Center LLC