CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE,<br><br>    Plaintiff,<br><br>    v.<br><br>GREAT HIGHWAY, LLC, a California Limited Liability Company; DOLPHIN POOL & SPA CENTER LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case:** 5:20-CV-00140-VAP-SHK<br><br>**Notice of Withdrawal of the Notice of Settlement** |

Please take notice that Plaintiff hereby withdraws the Notice of Settlement filed on June 25, 2020 (docket entry 38). Plaintiff makes this withdrawal because Plaintiff inadvertently filed the Notice of Settlement as to one party only in the case. Please take note that this matter is settled. Plaintiff respectfully requests that docket entry 38 be removed from the Court's docket.

Dated: June 26, 2020          CENTER FOR DISABILITY ACCESS

                              By: /s/Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff