# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLAND SYLVE, | ) Case No.: 5:20-CV-00140-SP |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| GREAT HIGHWAY, LLC, a California Limited Liability Company; DOLPHIN POOL & SPA CENTER LLC, a California Limited Liability Company; and Does 1-10, | ) |
| Defendants. | ) |

## ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: July 1, 2020

_____
HONORABLE SHERI PYM
United States Magistrate Judge